

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:   **Roy Dennis PACHECO**
      **Docket Number:  2:07CR00235-01**
      <u>**CONTINUANCE OF JUDGMENT**</u>
      <u>**AND SENTENCING**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from October 3, 2008 to October 10, 2008 at 10:00 am. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:**  Based on this officer's need to meet the scheduled disclosure dates, and issues relevant to an objective presentation of the presentence report for the Court's review, all parties have agreed to a continuation of judgment and sentencing.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

**George A. Vidales**
**Senior United States Probation Officer**

REVIEWED BY:

**LINDA L. ALGER**
**Supervising United States Probation Officer**

Dated:     09/23/2008
           Sacramento, California
           GAV/sc

**1**

RE:   **Roy Dennis PACHECO**
      **Docket Number:   2:07CR00235-02**
      **CONTINUANCE OF JUDGMENT AND SENTENCING**


Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk


___  **Approved**

**Disapproved**

_____   9/25/08
**EDWARD J. GARCIA**
**Senior United States District Judge**      **Date**

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**Plaintiff,**

**vs.**

**Roy Dennis PACHECO**

**Defendant.**
_____/

Docket Number:   2:07CR00235-01

**SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT**

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/10/2008 at 10:00 am |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/03/2008 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 09/26/2008 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Received |
| The proposed Presentence Report shall be disclosed to counsel no later than: | Completed |

Rev. 08/2007
CONTINUANCE ~ TO JUDGE (EJG).MRG